does not even apply to judicial review of condemnation proceedings, *United States v. 45,149.58 Acres in Dane County, North Carolina*, 455 F.Supp. 192, 200 (E.D.N.C.1978), while others have stated that the power of review is at most extremely limited. *United States v. 113.81 Acres of Land in Stanislous County, California*, 24 F.R.D. 368 (N.D.Cal.1959). We need not choose between these alternative approaches because even an extremely limited review satisfies us that the Corps' decision to reject the company's proposal should not be disturbed. The decision to leave the company's wetlands intact obviously reflects the weight given to the environmental importance of wetlands. This weighing is, of course, required under the Clean Water Act, 33 U.S.C. § 1251, et seq. and the National Environmental Policy Act, 42 U.S.C. § 4321 et seq. *Zabel v. Tabb*, 430 F.2d 199, 209–214 (5th Cir. 1970).

Finding that no taking has yet occurred, and that the attack on the Corps' decision-making is without merit, we affirm the district court's dismissal of this action.

AFFIRMED.

Underwood, Wilson, Berry, Stein & Johnson, R. A. Wilson, Amarillo, Tex., for defendants-appellants.

Akin, Gump, Hauer & Feld, Edward S. Koppman, Robert E. Goodfriend, Dallas, Tex., David W. Nelson, Austin, Tex., Michael J. Madigan, Joseph T. Casey, Jr., Washington, D. C., Rader, Helge & Gerson, Ralph Helge, Pasadena, Cal., for plaintiffs-appellees.

Michael B. Kusin, Houston, Tex., for amicus curiae Nat. Jewish Com'n, etc.

Before DYER *, SAM D. JOHNSON and WILLIAMS, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs, the record and the oral argument of counsel for the respective parties, we are convinced that the district court correctly decided the issues presented on this appeal and we therefor adopt the Memorandum Opinion of the lower court, reported at 511 F.Supp. 613, as the opinion of this Court.

Affirmed.

**CHURCH OF GOD (WORLDWIDE TEXAS REGION), et al., Plaintiffs-Appellees,**

v.

**AMARILLO INDEPENDENT SCHOOL DISTRICT, et al., Defendants-Appellants.**

No. 81–1203.

United States Court of Appeals, Fifth Circuit.

March 11, 1982.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William R. COOK, Defendant-Appellant.**

No. 81–1369
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 11, 1982.

Rehearing Denied April 8, 1982.

Certiorari Denied May 17, 1982.

See 102 S.Ct. 2255.

* Circuit Judge of the Eleventh Circuit sitting by designation.